75,439,-02,03,04 6-29-15
monday

To. Texas Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

# Abel Acosta, Clerk

From Garry Lon Brownlee # 1527667

B. Clement Unit
9601 Spur 591

Re. WR-75,439-02   WR-75,439-03   WR-75,439-04
Tr. Ct. No. CCCR07-03016B   CCCR07-03017B   CCCR07-03018B

Dear Courts

on march 6, 2015 A habeas writ hearing was ordered by the court in which Atty. Mr Tommy Adams From Brownwood Tx. was my appointed To Represent me in Sind Action,

on Friday 3-27-15 I received a letter From mr. Tommy Adams in which he Asked me if I wanted To Appeal the denial For Relief af this habeas hearing (Please see the enclosed letter that I sent To mr Adams which still in counts notifying him that I wated To Appeal the habeas court denied on march 6, 2015 that letter is dated 3-30-15 can you please inform me if Sid Appeal was Filed on my be Half

Note: (Enclosed Letter Emhtled Exhebit A)

Thank You
Sincerely
α Gaoy L Brownlee
Garry L Brownlee
# 1527667 Pro Se

# Exhibit A

Tommy Adams                                    Sent 3-30-15

"Yes"

Do my Appeal

Why the Judge Ruled against me Tommy
on my Hearing on March 6, 2015 What was
the Judge Finding of my Hearing. Can you
Tell me the Finding.

                    CCCR 07-03016 B WR-75,439-02
        # No.  CCCR 07-03017 B WR-75,439-03
                    CCCR 07-030 18 B WR-75,439-04